Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Mayra Alejandra Juarez Murcia

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MAYRA ALEJANDRA JUAREZ MURCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:10-cv-07000 MLG<br><br>ORDER OF DISMISSAL |

   The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

   IT IS SO ORDERED.

DATE:  4/18/2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE MARC L. GOLDMAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: April 8, 2011              Respectfully submitted,

2                                   LAW OFFICES OF LAWRENCE D. ROHLFING

3                                   /s/ *Denise Bourgeois Haley*

4                                   BY:_____
                                    Denise Bourgeois Haley
5                                   Attorney for plaintiff Mayra Alejandra Juarez Murcia

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-